Margaret DURAN

v.

The KROGER COMPANY, an Ohio corporation, Appellant,

No. 15182.

United States Court of Appeals
Third Circuit.

Argued May 21, 1965.

Decided June 10, 1965.

William C. Walker, Dickie, McCamey, Chilcote & Robinson, Pittsburgh, Pa., for appellant.

James E. McLaughlin, McArdle, Harrington, Feeney & McLaughlin, Pittsburgh, Pa. (John M. Feeney, Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and STALEY and GANEY, Circuit Judges.

PER CURIAM.

We have examined the record in this case and have considered the arguments of the parties. We perceive no error in the proceedings. Consequently, the judgment will be affirmed.

---

Albert Kyle LUPER, Appellant,

v.

UNITED STATES of America, Appellee.

No. 21628.

United States Court of Appeals
Fifth Circuit.

June 4, 1965.

William J. Thompson, Atlanta, Ga., for appellant.

Sampson M. Culpepper, Asst. U. S. Atty., Floyd M. Buford, U. S. Atty., Gary B. Blasingame, Asst. U. S. Atty., Macon, Ga., for appellee.

Before TUTTLE, Chief Judge, and EDGERTON * and SMITH,** Circuit Judges.

PER CURIAM:

We conclude from a careful reading of the charge by the trial court that the element of knowledge at the time of the interstate transportation of the automobile was adequately presented to the jury.

The Court expresses its appreciation to appointed counsel for his assistance in presenting this appeal.

The judgment is affirmed.

---

* Senior Circuit Judge of the D. C. Circuit, sitting by designation.

** Of the Third Circuit, sitting by designation.